

RECEIVED
DEC 02 2022
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Andrew W. Baxter
_____

_____
                Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

N. Vespa
M. Overhoff
_____

_____

_____
                Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

**CV 22-7445**

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

JURY DEMAND
YES ✓   NO ____

Chen, J.
Bloom, M.J.

I.  Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

   A. Name of plaintiff Andrew W. Baxter

   If you are incarcerated, provide the name of the facility and address:

   Eastern Correctional Facility
   Box 338
   Napanoch, New York 12458-0338

   Prisoner ID Number: 13A3328

if you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

B. **List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

M. Overhoff
Full Name

Correctional Officer
Job Title

Attica Correctional Facility
639 Exchange Street
Address Attica, New York 14011

Defendant No. 2

N. Vespa
Full Name

Correctional Officer
Job Title

Attica Correctional Facility
639 Exchange Street
Address Attica, New York 14011

Defendant No. 3

_____
Full Name

_____
Job Title

_____
Address

**Defendant No. 4**

_____
Full Name

_____
Job Title

_____
Address

**Defendant No. 5**

_____
Full Name

_____
Job Title

_____
Address

II.  **Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? THE EVENTS THAT TOOK PLACE, HAPPENED AT ATTICA CORRECTIONAL FACILITY INSIDE MY CELL C-BLOCK 25 COMPANY -34 CELL

When did the events happen? (include approximate time and date) THE EVENTS HAPPENED MAY-4-2022 BETWEEN THE TIMES 8 AM TO 9 AM

Facts: (what happened?) On May 4-2022 Between times 8AM - 9AM entered into my cell. At Attica Correctenins were officers M. Overhoff and N. Vesoa. These two entered my cell with handcuffs around their hands using them in the fashion of Brass Knuckles. In which these two officers assaulted me with such weapons. Causing me to have my Teeth chipped a gash on the right side of my head. These two officers repeatedly struck in the face side of my head, then kicking and spit on me.

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I have sustained a chipped Tooth in which I've been to dental for. Along with permanent scars to the right side of my head. I've been recieving medication for excrusiating migraines I've been experiancing since.

III. Relief: State what relief you are seeking if you prevail on your complaint.

Seeking 500,000# from each defendant for my permanent scarring, mental anguish along with pain and suffering. I failed not to mention my chipped tooth as well

I declare under penalty of perjury that on 11-28-2022 I delivered this
(date)
complaint to prison authorities at Eastern Corrections to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11-28-22

_____
Signature of Plaintiff

Eastern Correctional Facility
Name of Prison Facility or Address if not incarcerated

P.O. Box 338
Napanoch, New York 12458-0338
Address

13A3328
Prisoner ID#

rev. 12/1/2015

— Legal mail —
1.68

Andrew Baxter 13B3328
Eastern NY Correctional Facility
Box 338
Napanoch, New York 12458-0338

NEOPOST
11/28/2022
US POSTAGE $001.68⁰
ZIP 12458
041M11463363

EASTERN ★ CORRECTIONAL FACILITY

— Legal Mail —

United States District Court
Eastern District of New York
225 Cadman Plaza East, Brooklyn 11201
Att. Pro Se Office

(USMS)